In the Matter of the Petition of HELENA C. KING, to Prove the Last Will and Testament of JAMES E. KING, Also Known as JAMES EDWARD KING, Late of the County of Kings, Deceased. ROSABELLE KING COHN, Appellant; HELENA C. KING, as Executrix, etc., of JAMES EDWARD KING, etc., Deceased, Respondent. Decree of the Surrogate's Court, Kings County, admitting the will of the testator to probate, awarding costs to the respondent, and directing that they be paid personally by the appellant, in so far as appealed from, unanimously affirmed, with costs to respondent, payable by the appellant personally. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of THE LONG ISLAND RAILROAD COMPANY for the Elimination of Grade Crossings on its Atlantic Division. RUDOLPH REIMER, Appellant; TRANSIT COMMISSION OF THE STATE OF NEW YORK, THE LONG ISLAND RAILROAD COMPANY and THE CITY OF NEW YORK, Respondents. (Case No. 2711.) — The petitioner appeals (1) from an order of the Transit Commission of the State of New York, dated October 7, 1938, amending an order of said Commission dated June 3, 1924; and (2) an order of said Commission dated June 26, 1939, amending the order of October 7, 1938, which amended orders, among other things, provided for and directed the alteration and elimination of crossings at grade of the Long Island Railroad on Atlantic avenue, in the boroughs of Brooklyn and Queens; and (3) from an order dated August 1, 1939, amending the order of June 26, 1939, with respect to incidental improvements rendered necessary or desirable because of such elimination, and reasonably included in the engineering plans therefor; and also (4) from an order dated August 1, 1939, approving general and detailed plans, etc. The appeals were consolidated. Orders of the Transit Commission unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

VENLA JAHRSTORFER, Respondent, v. FAY STILLMAN, Appellant.— In an action to recover for personal injuries and property damage, the defendant appeals from a judgment in favor of the plaintiff, entered upon the verdict of a jury. Judgment of the County Court of Nassau County unanimously affirmed, with costs. The questions of negligence on the part of the defendant and freedom from contributory negligence on the part of the plaintiff were properly submitted to the jury and the verdict is not against the weight of the evidence. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

CHARLOTTE KLEIN, Appellant, v. ADOLPH KLEIN, Respondent.— Order modified by inserting in the decretal paragraph following the word " is " the following: " granted to the extent of directing that within ten days from the entry of the order hereon the defendant pay to plaintiff at the office of her attorneys, Duncan & Bruckhausen, 189 Montague street, Brooklyn, N. Y., the sum of $250 as counsel fee; and;" and by inserting between the words " all " and " respects," the word " other." As thus modified, the order is affirmed, with ten dollars costs and disbursements to appellant. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.